[Cite as *State v. Lewis*, 2021-Ohio-477.]

# IN THE COURT OF APPEALS

# ELEVENTH APPELLATE DISTRICT

# LAKE COUNTY, OHIO

| | | |
|---|---|---|
| STATE OF OHIO, | : | **MEMORANDUM OPINION** |
| Plaintiff-Appellee, | : | |
| - vs - | : | **CASE NO. 2021-L-012** |
| KENNY LEWIS a.k.a. KENY LEWIS a.k.a. KENYATTA LEWIS, | : | |
| | : | |
| Defendant-Appellant. | : | |

Criminal Appeal from the Lake County Court of Common Pleas, Case No. 2010 CR 000649.

Judgment: Appeal dismissed.

*Charles E. Coulson*, Lake County Prosecutor, Lake County Administration Building, 105 Main Street, P.O. Box 490, Painesville, OH 44077 (For Plaintiff-Appellee).

*Kenny Lewis*, *pro se*, PID# A594-271, Marion Correctional Institution, 940 Marion-Williamsport Road, P.O. Box 57, Marion, OH 43302 (Defendant-Appellant).

MARY JANE TRAPP, P.J.

{¶1} On January 25, 2021, appellant, Kenny Lewis, pro se, filed a notice of appeal from the trial court's December 11, 2020 entry, which denied his motion for leave to file a motion to correct a void sentence. A timely notice of appeal was due no later than January 11, 2021, which was not a holiday or weekend. The appeal is untimely by fourteen days.

{¶2}   "* * * [A] party who wishes to appeal from an order that is final upon its entry shall file the notice of appeal required by App.R. 3 within 30 days of that entry." App.R. 4(A)(1).

{¶3}   "(1) After the expiration of the thirty day period provided by App.R. 4(A) for the filing of a notice of appeal as of right, an appeal may be taken by a defendant with leave of the court to which the appeal is taken in the following classes of cases:

{¶4}   "(a) Criminal proceedings; * * *

{¶5}   "(2) A motion for leave to appeal shall be filed with the court of appeals and shall set forth the reasons for the failure of the appellant to perfect an appeal as of right. * * *."  App.R. 5(A).

{¶6}   Appellant has neither complied with the thirty-day rule set forth in App.R. 4(A)(1) nor sought leave to appeal under App.R. 5(A).   Thus, this court is without jurisdiction to consider his appeal.  Appellant has a remedy of filing an untimely criminal appeal under App.R. 5(A).

{¶7}   Appeal dismissed, sua sponte, as untimely.


CYNTHIA WESTCOTT RICE, J.,

THOMAS R. WRIGHT, J.,

concur.

2